# United States District Court

FOR THE
NORTHERN DISTRICT OF CALIFORNIA
CRIMINAL DIVISION
VENUE: SAN FRANCISCO

CR 06 0380 SI

FILED
06 MAY 23 PM 3:16
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES OF AMERICA,

V.

OMAR WARD,

DEFANDANT.

## INDICTMENT

VIOLATIONS: 21 U.S.C. § 841(a)(1) - Distribution or Possession with Intent to Distribute a Controlled Substance (Three Counts)

---

A true bill.

_____ Foreman

Filed in open court this _____ day of _____.

_____ Clerk

Bail, $ no bail arrest warrant

# AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO VENUE

FILED
06 MAY 23 PM 3:16
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

Count I, II & III) Title 21, United States Code, Section 841(a)(1) -- Possession of Cocaine Base with Intent to Distribute

E-filing

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**PENALTY:**
Count I) 40 years imprisonment; $2,000,000 fine; $100 Special Assessment; supervised release for life. Mandatory minimum: 5 years imprisonment; 4 years supervised release
Count II & III) 20 years imprisonment; $1,000,000 fine; $100 Special Assessment; at least 3 years supervised release.

**DEFENDANT - U.S.**
▶ OMAR WARD

**DISTRICT COURT NUMBER**
CR 06 0380 SI

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

SFPD / DEA

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. Att'y ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
KEVIN V. RYAN
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
NAHLA RAJAN

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT  Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:
Before Judge:

Comments:

KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CABN 138549)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6838
FAX: (415) 436-7234
Email: nahla.rajan@usdoj.gov

Attorneys for Plaintiff

FILED
06 MAY 23 PH 3: 16
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,

  Plaintiff,

  v.

OMAR WARD,

  Defendant.

)
)
)
)
)
)
)
)
)
)

CR 06 0380 SI

Criminal No.

VIOLATIONS: 21 U.S.C. § 841(a)(1) –
Distribution or Possession with Intent to
Distribute a Controlled Substance (Three
Counts)

SAN FRANCISCO VENUE

INDICTMENT

The Grand Jury charges:

COUNT ONE:   [21 U.S.C. § 841(a)(1) – Distribution or Possession with Intent to Distribute a Controlled Substance]

On or about March 15, 2006, in the Northern District of California, the defendant,

OMAR WARD,

did knowingly and intentionally possess with intent to distribute a mixture or substance containing at least 5 grams of cocaine base, in violation of Title 21, United States Code, Section 841(a)(1).

INDICTMENT            1

| | |
|---|---|
| 1 | COUNT TWO: [21 U.S.C. § 841(a)(1) – Distribution or Possession with Intent to Distribute a Controlled Substance] |
| 2 | |

COUNT TWO: [21 U.S.C. § 841(a)(1) – Distribution or Possession with Intent to Distribute a Controlled Substance]

On or about March 15, 2006, in the Northern District of California, the defendant,

OMAR WARD,

did knowingly and intentionally possess with intent to distribute a mixture or substance containing approximately 1 gram of cocaine base, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT THREE: [21 U.S.C. § 841(a)(1) – Distribution or Possession with Intent to Distribute a Controlled Substance]

On or about March 15, 2006, in the Northern District of California, the defendant,

OMAR WARD,

did knowingly and intentionally possess with intent to distribute a mixture or substance containing approximately 2 grams of cocaine base, in violation of Title 21, United States Code, Section 841(a)(1).

DATED:                                                  A TRUE BILL.

5/23/06                                                 _____
                                                        FOREPERSON

KEVIN V. RYAN
United States Attorney

_____
Jonathan Schmidt
Deputy Chief, Major Crimes Division

(Approved as to form: _____ )
                      SAUSA RAJAN

INDICTMENT                    2