# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL PRETRIAL MINUTES

Date: 7/14/06

Case No.   CR-06-0380 SI          Judge:   SUSAN ILLSTON

Title:  UNITED STATES -v- OMAR WARD (NC)(P)

Attorneys:   Rajan          Tyler

Deputy Clerk:  Tracy Sutton   Court Reporter: McVickar

## PROCEEDINGS

1)  Trial Setting - HELD

2)  
3)  

Order to be prepared by:  (  )Pltf   (  )Deft   (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN      (  ) SUBMITTED
                                                              PART

Case continued to **7/28/06  @ 11:00 a.m.**   for TRIAL SETTING

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  **@**   for Pretrial Conference

Case continued to  **@ 8:30 a.m.**  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:   Discovery
**Delay begins:     7/14/06     Delay ends: 7/28/06**
( AUSA to draft order              )

ORDERED AFTER HEARING:
The government will be providing discovery.


(SPEEDY TRIAL DEADLINE AS OF TODAY: