KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6838
    Facsimile: (415) 436-7234
    Email: nahla.rajan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>OMAR WARD,<br><br>    Defendant. | No. CR 06-0380 SI<br><br>[PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION<br>(18 U.S.C. § 3161 (h)(8)(A)) |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties appeared on the instant matter July 13, 2006 for defendant's arraignment on the indictment before the Honorable Judge Nandor Vadas. On July 13, 2006, the matter was continued to July 14, 2006 for initial appearance in front of the Honorable Susan Illston.

    2. On July 14, 2006, the parties appeared in front of the Honorable Susan Illston and the matter was continued to July 28, 2006 for status / trial setting.

    3. On July 14, 2006, Assistant Federal Public Defender Ronald Tyler, who represents the defendant, requested an exclusion of time from July 14, 2006 to July 28, 2006, based on effective

STIPULATION AND PROPOSED ORDER    1
CR 06-0380 SI

preparation of counsel. The parties moved that this same time period be excluded from the calculation of time under the Speedy Trial Act.

4. In light of the foregoing facts, the failure to grant the requested exclusion would unreasonably deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A), (B)(iv). The ends of justice would be served by the Court excluding the proposed time period. These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A).

5. For the reasons stated, the time period from July 14, 2006 through July 28, 2006 shall be excluded from the calculation of time under the Speedy Trial Act.

IT IS SO STIPULATED.

DATED: July 14, 2006                                Respectfully Submitted,


                                                    ___/S/_____
                                                    NAHLA RAJAN
                                                    Special Assistant United States Attorney


DATED: July 19, 2006                                ___/S/_____
                                                    RONALD TYLER
                                                    Counsel for Omar Ward


PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: _____            _____
                                    THE HONORABLE SUSAN ILLSTON
                                    United States District Judge

STIPULATION AND PROPOSED ORDER          2
CR 06-0380 SI