KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6838
    Facsimile: (415) 436-7234
    Email: nahla.rajan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-0380 SI |
|     Plaintiff, ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION |
| v. ) | (18 U.S.C. § 3161 (h)(8)(A)) |
| OMAR WARD, ) | |
|     Defendant. ) | |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties appeared on the instant matter July 13, 2006 for defendant's arraignment on the indictment before the Honorable Judge Nandor Vadas. On July 13, 2006, the matter was continued to July 14, 2006 for initial appearance in front of the Honorable Susan Illston. On July 14, 2006, the parties appeared in front of the Honorable Susan Illston and the matter was continued to July 28, 2006 for status / trial setting.

    2. On July 28, 2006, the parties appeared in front of the Honorable Susan Illston and the matter was continued to September 1, 2006 for status / trial setting.

STIPULATION AND PROPOSED ORDER    1
CR 06-0380 SI

1       3. On July 28, 2006, Assistant Federal Public Defender Ronald Tyler, who represents the
2   defendant, requested an exclusion of time from July 28, 2006 to September 1, 2006, based on
3   effective preparation and continuity of counsel. The parties moved that this same time period be
4   excluded from the calculation of time under the Speedy Trial Act.

5       4. In light of the foregoing facts, the failure to grant the requested exclusion would
6   unreasonably deny counsel for the defense the reasonable time necessary for effective
7   preparation, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(A),
8   (B)(iv). The ends of justice would be served by the Court excluding the proposed time period.
9   These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. §
10  3161(h)(8)(A).

11      5. For the reasons stated, the time period from July 28, 2006 through September 1, 2006
12  shall be excluded from the calculation of time under the Speedy Trial Act.

14          IT IS SO STIPULATED.

16  DATED: August 1, 2006                    Respectfully Submitted,

18                                           /S/
                                             NAHLA RAJAN
19                                           Special Assistant United States Attorney

21  DATED: August 15, 2006                   /S/
                                             RONALD TYLER
22                                           Counsel for Omar Ward

24  PURSUANT TO STIPULATION, IT IS SO ORDERED.

26  DATED: _____                  _____
                                             THE HONORABLE SUSAN ILLSTON
27                                           United States District Judge

28

STIPULATION AND PROPOSED ORDER          2
CR 06-0380 SI