KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK KROTOSKI (CSBN 138549)
Chief, Criminal Division

BLAKE D. STAMM (CTBN 301887)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7210
    Fax: (415) 436-7234

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>    v.<br>OMAR WARD<br>    Defendant. | No. CR 06 0380 SI<br><br>[PROPOSED] ORDER AND STIPULATION FOR CONTINUANCE FROM SEPTEMBER 1, 2006 TO SEPTEMBER 22, 2006 AND EXCLUDING TIME FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

    With the agreement of the parties, and with the consent of the defendant, the Court enters this order continuing a scheduling and trial setting appearance from September 1, 2006 to September 22, 2006 at 11:00 A.M. before the Honorable Susan Illston, and documenting the defendant's exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from September 1, 2006 to September 22, 2006. The parties agree, and the Court finds and holds, as follows:

    1. On September 1, 2006, the parties appeared before this Court and the matter was continued to September 22, 2006 for status and trial setting.

    2. On that date, counsel for the defendant agreed to an exclusion of time of time under the Speedy Trial Act for purposes of effective preparation.

    3. Failure to grant the requested continuance would unreasonably deny the defendant reasonable time necessary for effective preparation, taking into account the exercise of due

1   diligence.

2   4.  Given these circumstances, the Court finds that the ends of justice served by excluding the
3   period from September 1, 2006 to September 22, 2006, outweigh the best interest of the public
4   and the defendants in a speedy trial.  § 3161(h)(8)(A).

5   5.  Accordingly, and with the consent of the defendant, the Court orders that the period from
6   September 1, 2006 to September 22, 2006 be excluded from Speedy Trial Act calculations under
7   18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

      IT IS SO STIPULATED:

DATED: September 11, 2006           /S/
                                           RONALD C. TYLER, ESQ.
                                           Attorney for Defendant

DATED: September 11, 2006           /S/
                                           BLAKE D. STAMM
                                           Assistant United States Attorney

      IT IS SO ORDERED.

DATED: _____                                            
                                           HON. SUSAN ILLSTON
                                           United States District Judge