# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL PRETRIAL MINUTES

Date: 9/22/06

Case No.   CR-06-0380 SI          Judge:  SUSAN ILLSTON

Title:  UNITED STATES -v- OMAR WARD (NC)(P)

Attorneys:   Stamm          Tyler

Deputy Clerk:  Tracy Sutton   Court Reporter: C. Kuhl

## PROCEEDINGS

1)  Status/Trial Setting - HELD
2)  
3)  

Order to be prepared by:  ( )Pltf    ( )Deft    ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN PART     ( ) SUBMITTED

Case continued to **10/6/06  @ 11:00 a.m.**   for Change of Plea

Case continued to  @ 11:00 a.m.   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  @ 8:30 a.m.  for Trial (Court/Jury: ___ Days)

Category of Excludable Delay:   Effective Preparation
**Delay begins:        Delay ends: 9/22/06**
(AUSA to draft order              )

ORDERED AFTER HEARING:
The parties have reached an agreement, but need additional time to finalize the written agreement.


(SPEEDY TRIAL DEADLINE AS OF TODAY: