1   BARRY J. PORTMAN
    Federal Public Defender
2   RONALD C. TYLER
    Assistant Federal Public Defender
3   450 Golden Gate Avenue
    19th Floor, Box 36106
4   San Francisco, CA 94102
    Telephone: (415) 436-7700
5
    Counsel for Defendant WARD
6

7

8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,            )
                                         )   No. CR 06-0380 SI
12                    Plaintiff,         )
                                         )
13  vs.                                  )   **STIPULATION AND [PROPOSED]**
                                         )   **ORDER CONTINUING HEARING**
14  OMAR WARD,                           )
                                         )
15                    Defendant.         )
                                         )
16

17
                              **STIPULATION**
18
          The parties agree to continue the sentencing hearing in the above-captioned matter from July 27,
19
    2007 until September 14, 2007 at 11:00 a.m.  The purpose of the continuance is as follows:
20
    According to the final presentence report, Mr. Ward faces possible sentencing as a career offender.
21
          Defense counsel represents that sentencing-related investigation has been ongoing, but has been
22
    hampered by recent, lengthy voice mail outages at the federal building.
23
          Defense counsel further represents that this week he received key disclosures from the
24
    government that are material to sentencing.   In light of those disclosures, limited additional
25

26  STIP & ORDER CONTINUING
    SENTENCING HEARING
    *United States v. Ward*
    CR 06-0380 SI

1  sentencing-related investigation is now underway. For three weeks, from July 30 through August 20,

2  defense investigation will be delayed due to vacation schedules. Thereafter, counsel will finalize the

3  investigation and complete the pre-sentencing process.

4       All counsel and the probation officer are available on the requested date for the continuance.

5       It is so stipulated.

6  
DATED:    July 20, 2007           _____/s/_____

7                                      RONALD C. TYLER
                                    Assistant Federal Public Defender

8                                      Counsel for Omar Ward

9  
DATED:    July 20, 2007           _____/s/_____

10                                      BLAKE STAMM
                                    Assistant United States Attorney

11  

12                               **ORDER**

13       This matter is continued from July 27, 2007 until September 14, 2007 at 11:00 a.m.

14  

15  IT IS SO ORDERED.

16  

17  DATED:

18                                  _____
                                    SUSAN ILLSTON

19                                      UNITED STATES DISTRICT COURT JUDGE

20  

21  

22  

23  

24  

25  

26