BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
19th Floor, Box 36106
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant WARD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>OMAR WARD,<br><br>    Defendant. | No. CR 06-0380 SI<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING HEARING** |

## STIPULATION

The parties agree to continue the sentencing hearing in the above-captioned matter from July 27, 2007 until September 14, 2007 at 11:00 a.m. The purpose of the continuance is as follows: According to the final presentence report, Mr. Ward faces possible sentencing as a career offender.

Defense counsel represents that sentencing-related investigation has been ongoing, but has been hampered by recent, lengthy voice mail outages at the federal building.

Defense counsel further represents that this week he received key disclosures from the government that are material to sentencing. In light of those disclosures, limited additional

STIP & ORDER CONTINUING
SENTENCING HEARING
*United States v. Ward*
CR 06-0380 SI

sentencing-related investigation is now underway. For three weeks, from July 30 through August 20, defense investigation will be delayed due to vacation schedules. Thereafter, counsel will finalize the investigation and complete the pre-sentencing process.

All counsel and the probation officer are available on the requested date for the continuance.

It is so stipulated.

DATED: July 20, 2007 \_\_\_\_/s/_____
RONALD C. TYLER
Assistant Federal Public Defender
Counsel for Omar Ward

DATED: July 20, 2007 \_\_\_\_/s/_____
BLAKE STAMM
Assistant United States Attorney

**ORDER**

This matter is continued from July 27, 2007 until September 14, 2007 at 11:00 a.m.

IT IS SO ORDERED.

DATED: _____
SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

STIP & ORDER CONTINUING
SENTENCING HEARING
*United States v. Ward*
CR 06-0380 SI - 2 -