IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| Respondent, | § | |
| | § | |
| v. | § | Case No. CR-06-380-001-SI |
| | § | |
| | § | |
| OMAR WARD | § | |
| Movant. | § | |

## MOTION FOR MODIFICATION OR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. §3582(c)(2)

Comes now, Omar Ward, ("Ward"), and files this motion for reduction of sentence pursuant to 18 U.S.C. §3582(c)(2), and would respectfully show the court the following:

This motion is based on Amendment 706, a recent amendment to the Sentencing Guidelines that lowered the base offense levels applicable to cocaine base ("crack") offenses. The amendment became effective on November 1, 2007. USSG App. C (Nov. 1, 2007). On December 11, 2007, the Sentencing Commission voted to make the amendment retroactive. Press Release, U.S. Sentencing Comm'n, U.S. Sentencing Commission Votes Unanimously to Apply Amendment Retroactively for Crack Cocaine Offenses (Dec. 11, 2007), available at http://www.usc.gov/PRESS/rel121107.htm. The retroactivity decision became effective on March 3, 2008. Id. Ward submits that the amendment reduces his offense level and resulting Guideline range. The Court has the discretion under section §3582(c)(2) to reduce his sentence. Ward has been actively participating in rehabilitation programs since his incarceration (See Exhibit A). Therefore, Ward requests that this Court grant his request for a reduction of sentence.

-1-

# Certificate of Achievement

Federal Correctional Institution
Lompoc, California

This Certificate Is Hereby Granted To:

## Omar Ward

On This 3rd Day of September, 2009
For Successfully Completing The Comprehensive Course In:

## General Education Development

_____
Mr. Matthew S. Hoskins
Assistant Supervisor of Education



GED-94258-111

C9232009AP38

# State of California
## High School Equivalency Certificate

This is to certify that

**OMAR WARD**

has met the standards established by the California State Board of Education for successful completion of the tests of General Educational Development and is therefore entitled to this High School Equivalency Certificate.



October 29, 2009

_Jack O'Connell_
State Superintendent of Public Instruction

_Ruth E. Green_
President of the
California State Board of Education

This Certificate is printed on secure paper that has a large California State Seal watermark and a gold foil seal in the lower left corner



FEDERAL BUREAU OF PRISONS
FEDERAL CORRECTIONAL COMPLEX, LOMPOC, CA

# Certificate of Achievement

awarded to

**Omar Ward**
#94258-111

For successful completion of the
**Drug Education Class**

K. Rosales, DTS.

T. Warren, Psy.D.,
DAP Coordinator

July 23, 2008
Date



FEDERAL BUREAU OF PRISONS
UNITED STATES FEDERAL CORRECTIONAL COMPLEX, LOMPOC, CA

# Certificate of Achievement

awarded to:

*Omar Lara*
*# 94258-111*

For successful completion of the
Non-Residential Drug Abuse Program

K. Liberatore, Ph.D., DAPC          M. Caro, DTS, Facilitator

November 19, 2009
Date

# Certificate of Completion

FEDERAL CORRECTIONAL INSTITUTION
LOMPOC, CALIFORNIA
UNITED STATES OF AMERICA
ADULT CONTINUING EDUCATION (A.C.E.)

This is to certify that:

## Omar Ward

Has successfully completed the

## Goal Setting Class

Requiring __8__ hours of Training

In Witness Thereof the Undersigned

Given this __7th__ day of __August__, two thousand __eight__

_Mr. Kevin Thorson_
Anger Management Coordinator


Mr. Jeff Brewer
Unit Manager



*This certifies that*
*Omar Ward*
*completed the*
*Introduction to Wellness*
*class consisting of 10 hours of training.*

November 13, 2008

C. Marshall
Recreation Specialist

# Certificate of Completion

is awarded to

**Omar Ward**

For successfully completing the 63 hour structured exercise class

**Insanity**

Your achievement has been noted on this day 29 of April year 2010 at FCC Lompoc, Lompoc California

_Buchanan_
C. Buchanan, Recreation Specialist

# Certificate of Completion

This Certifies that

## Omar Ward

completed the

### 60-Day

## Insanity Workout Program

February 13, 2010

_____
C. Buchanan
Recreation Specialist

# CERTIFICATE OF COMPLETION

THIS CERTIFICATE RECOGNIZES

# O. WARD

FOR COMPLETING THE 2008 BASKETBALL CONDITIONING CLASS AT FCC LOMPOC.

August 30, 2008

J. Brady, Recreation Specialist