IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 06-00380 SI |
| Plaintiff, | **SECOND ORDER SETTING BRIEFING SCHEDULE** |
| v. | |
| OMAR WARD, | |
| Defendant. | |

On June 3, 2001 defendant filed a motion for modification or reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2). On June 8, 2011, this Court issued a scheduling order requiring the United States to file a response on or before July 7, 2011. As of this date, the United States has not filed a response.

Therefore, the Court ORDERS the United States to a response to the motion on or before **August 12, 2011.**

Mr. Ward shall file an reply, if any, on or before **September 2, 2011.**

**IT IS SO ORDERED.**

Dated: July 29, 2011

SUSAN ILLSTON
United States District Judge