MELINDA HAAG (CABN 132612)
United States Attorney
MIRANDA KANE, (CABN 15063)
Chief, Criminal Division
BLAKE D. STAMM (CTBN 301887)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7063
   Fax: (415) 436-7009

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>OMAR WARD,<br><br>    Defendant. | No. CR 06 0380 SI<br><br>**UNITED STATES' MOTION TO CONTINUE BRIEFING SCHEDULE AND TO UNSEAL TRANSCRIPT OF SENTENCING AND PROPOSED ORDER** |

    Defendant has filed a motion for reduction of sentence pursuant to 18 U.S.C. 3582(c)(2). On October 12, 2007, he received a sentence which included ninety months imprisonment for the violation of 21 U.S.C.841(a)(1).

    1. The government seeks to unseal the transcript of sentencing proceedings of October 12, 2007 in this matter for the limited purpose in responding to defendant's motion.

    2. The government seeks a continuance of the Court's briefing schedule to permit the government access to the relevant rulings and determinations of the Court to form its response. The government proposes November 8, 2011 as the due date for its response and November 22, 2011 as the due date for defendant's reply.

    3. The defendant has presented a motion under 18 U.S.C. § 3582(c)(2) for a reduction in sentence, on the basis of a proposed amendment to the Sentencing Guidelines with regard to crack cocaine offenses. This motion is premature, as the amendment does

not become effective until November 1, 2011, and only then if not disapproved by Congress.

Respectfully submitted,

MELINDA HAAG
United States Attorney

Dated: August 18, 2011

/s/
BLAKE D. STAMM
Assistant United States Attorney

**IT IS ~~SO~~ ORDERED.** that the Govt. response is due 11/18/11 and defts. reply, if any, is due 11/22/11.

Dated: 8/25/11

SUSAN ~~ILLSON~~ Illston
United States District Judge

# CERTIFICATE OF SERVICE

I, **KATHY TAT** declare:

That I am a citizen of the United States of America and employed in San Francisco County, California; that my business address is Office of United States Attorney, 450 Golden Gate Avenue, Box 36055, San Francisco, California 94102; that I am over the age of eighteen years, and am not a party to the above-entitled action.

I am employed by the United States Attorney for the Northern District of California and discretion to be competent to serve papers. The undersigned further certifies that I caused a copy of the following:

**UNITED STATES' MOTION TO CONTINUE BRIEFING SCHEDULE AND TO UNSEAL TRANSCRIPT OF SENTENCING AND PROPOSED ORDER**

to be served this date upon the party(ies) in this action by placing a true copy thereof in a sealed envelope, and served as follows:

_X___ **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____ **PERSONAL SERVICE (BY MESSENGER/HAND DELIVERED)**

____ **FACSIMILE (FAX)** No.: _____

to the parties addressed as follows:

Omar Ward
94258-111
FCI La Tuna
PO 3000
Anthony, TX 88021

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on __**August 19, 2011**_____ at San Francisco, California.

_____/s/_____
**KATHY TAT**
**Legal Assistant**