MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

J. DOUGLAS WILSON (DCBN 412811)
Assistant United States Attorney

450 Golden Gate Avenue, 11th Floor
San Francisco, California 94102
Telephone: (415) 436-6778
Facsimile: (415) 436-7234
E-mail: doug.wilson@usdoj.gov

Attorneys for Plaintiff

FILED
NOV 10 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OMAR WARD,<br><br>Defendants. | No. CR 06-00380 SI<br><br>MOTION TO REMOVE DOCUMENT NUMBER 50 ON DOCKET SHEET AND FILE UNDER SEAL; [~~PROPOSED~~] ORDER |

Plaintiff United States of America respectfully requests the Court to direct that document number 50 in the captioned case be removed from the court's file entirely (it has already been blocked from electronic retrieval) so that it can be re-filed under seal. That document contains and refers to attachments that were originally filed under seal and, for that reason, should have been filed under seal.

MOTION TO REMOVE DOCUMENT

1 | DATED: November 9, 2011

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/
J. DOUGLAS WILSON
Assistant United States Attorney

## ORDER

Upon the request of the United States, and good cause showing therefor, **IT IS HEREBY ORDERED** that document 50 shall be removed from court's file and docket in this case, and the government may re-file that document under seal.

DATED: November 10, 2011

THE HON. SUSAN ILLSTON
United States District Judge