

U.S. Department of Justice

*United States Attorney*
*Northern District of California*

*11th Floor, Federal Building*  (415) 436-7200
*450 Golden Gate Avenue, Box 36055*
*San Francisco, California  94102-3495*  *FAX:(415) 436-7234*

November 30, 2011

Hon. Susan Illston
450 Golden Gate Ave.
19th Floor
San Francisco, CA 94102

In re: *United States v. Omar Ward*, No. CR 06-0380 SI

Dear Judge Illston:

    On June 3, 2011, defendant Omar Ward filed a motion for reduction of sentence under 18 U.S.C. § 3582.  By order dated August 25, 2011, the Court ordered the government to respond to defendant's motion on November 8, 2011, and gave defendant until November 22, 2011, to file a reply.  When the government filed its opposition on November 8, it served Mr. Ward at the Federal Correctional Institution at La Tuna, Texas.  Yesterday, the government learned that Mr. Ward was transferred to the Federal Correctional Institution at Lompoc, California, on September 7, 2011, and that he had not received the government's opposition.  We immediately mailed a copy of the government's opposition to Mr. Ward at Lompoc.

    Mr. Ward called undersigned counsel yesterday and expressed concern that because of the error in serving him, he would not have an opportunity to file a reply.  I am therefore writing you to advise you of the error in serving Mr. Ward and to inform you that Mr. Ward would like additional time to file a reply.

    Thank you for your attention to this matter.

Very truly yours,

MELINDA HAAG
United States Attorney


   /s/
J. DOUGLAS WILSON
Assistant United States Attorney


cc:    Ronald Tyler, AFPD
       Omar Ward