Omar Ward
Reg. No. 94258111
Federal Prison Camp
3705 West Farm Rd.
Lompoc, CA 93436

**FILED**

MAR 23 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> OMAR WARD, <br><br> Defendant. | No. CR 06 0380 SI <br><br> NOTICE OF CHANGE OF ADDRESS |

TO THE COURT AND ALL COUNSEL OF RECORD:

Please be advised that the mailing address of defendant Omar Ward has changed from:

> Omar Ward
> Reg. No. 94258111
> FCI La Tuna
> PO 3000
> Anthony, TX 88021

to

> Omar Ward
> Reg. No. 94258111
> Federal Prison Camp
> 3705 West Farm Road
> Lompoc, CA 93436

DATED: September 17, 2011

_Omar Ward_
Omar Ward

NOTICE OF CHANGE OF ADDRESS - Page 1 of 1

CERTIFICATE OF SERVICE

I, Omar Ward, certify that I served the foregoing notice on the Plaintiff by mailing it to the below address in a sealed envelope, postage prepaid, addressed correctly to the below addressee, and by depositing it in the United States Mail at Lompoc, California all on September 17, 2011:

AUSA Blake D. Stamm
450 Golden Gate Ave, Box 36055
San Francisco, CA 94102

I declare, under penalty of perjury under the laws of the United States that the foregoing is true as I verily believe. Executed on September 17, 2011 at Lompoc, California.

*Omar Ward* (signature)
Omar Ward

CAN You PLEASE INFORM THE ABOVE US ATTORNEY OF MY CHANGE OF ADDRESS. PLEASE THANKYOU!! IN IF THERE WAS ANYTHING MAILED TO ME AFTER August 28, CAN You PLEASE RE-SEND It to MY NEW ADDRESS